IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-265 OWW |
| Plaintiff, | ) ) ) | ORDER CONTINUING HEARING ON DEFENDANT'S MOTIONS |
| v. | ) ) | HONORABLE Oliver W.  Wanger |
| LUIS ABEL PERDA-PERDA, et.  al. | ) ) | |
| Defendants. | ) ) ) | |
| ——————————————————— | ) | |

    The United States of America, by and through BENJAMIN B.  WAGNER, United States Attorney, and KATHLEEN A.  SERVATIUS, Assistant United States Attorney, and the defendants, by and through their attorneys, having stipulated and agreed to that the hearing on the defendant's motions be continued to October 7, 2010 at 12:00 p.m. for the admission of evidence,

IT IS SO ORDERED.

**Dated:**   **September 10, 2010**          **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE