Robert D. Wilkinson  #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant LUIS ABEL PERDA-PERDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00265 OWW |
| Plaintiff, | |
| v. | **ORDER GRANTING EX PATE APPLICATION  FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(b) AND (c) ON BEHALF OF DEFENDANT LUIS ABEL PERDA-PERDA** |
| LUIS ABEL PERDA-PERDA, et al., | |
| Defendants. | |
| | COURTROOM:   Three |
| | JUDGE:          Hon. Oliver W. Wanger |

Good cause having been shown therefor, THE COURT HEREBY GRANTS

Defendant LUIS ABEL PERDA-PERDA's Ex Parte Application for Subpoena Duces Tecum

Pursuant to Federal Rules of Criminal Procedure 17(b) and (c).  In particular, the Court orders that

the Clerk's office issue a subpoena duces tecum, in the form attached hereto, to the Modesto City

Attorney's Office, directed to the attention of Deputy City Attorney James F. Wilson and his

assistant, Tara Davis at facsimile number (209) 544-8260 for:

      1.     The personnel files of Lieutenant David Sunday who witnessed and/or

participated in the arrest and interview of Defendant  LUIS ABEL PERDA-PERDA

1   ("Perda") and his co-Defendants, SERGIO RIGOBERTO SORIA-TORRES and ADRIAN

2   CRUZ-RIOS, for evidence of perjury or other like dishonesty, of coercive conduct, and/or

3   of training and/or experience in interrogation techniques, in camera, to determine if those

4   portions of the officer's personnel files ought to be made available to defense counsel for

5   impeachment purposes.

6   The COURT FURTHER ORDERS the clerk provide the issued subpoena to defense counsel who

7   may present the subpoena to the U.S. Marshal's Office for service as provided below.

8   Upon good cause shown, THE COURT FURTHER ORDERS authorization for the

9   service and payment of witnesses by the U.S. Marshal.

10   The issuance of this Order in no way suggests that an appropriate and timely

11   protective order may not be sought on behalf of the officers whose personnel files are being

12   sought.

14   DATED: September 15, 2010          /s/ OLIVER W. WANGER
                                        United States District Judge