| | |
|---|---|
| 1 | Patience Milrod |
|   | 844 N. Van Ness Avenue |
| 2 | Fresno, California  93728 |
|   | 559/442-3111 |
| 3 | |
|   | Attorney for JORGE LUÍS LAURIANO-RIOS |
| 4 | (aka ADRIÁN CRUZ-RIOS) |

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, ) | Case No. 1:10-cr-00265-OWW |
|---|---|
|     ) | |
|   Plaintiff,     ) | **STIPULATION TO CONTINUE** |
|     ) | **EVIDENTIARY HEARING ON** |
|   vs.     ) | **MOTION TO SUPPRESS EVIDENCE** |
|     ) | **and ORDER** |
| JORGE LUÍS LAURIANO-RIOS   ) | |
| (aka ADRIÁN CRUZ-RIOS),     ) | Date:     October 22, 2010 |
|     ) | Time:     1:30 p.m. |
|   Defendant.   ) | Court:    Hon. Oliver W. Wanger |

COME NOW the parties to the within action, who stipulate and agree to an order continuing the evidentiary hearing now set for Friday, October 22, 2010, at 1:30 p.m. to Thursday, November 4, 2010, at 1:30 p.m., in the courtroom of the Hon. Oliver W. Wanger.

IT IS SO STIPULATED.

Dated:  October 21, 2010                                       BAKER, MANOCK & JENSEN
                                                               Attorneys for Abel Luis Perda-Perda

                                                               /s/ Robert D. Wilkinson

*Stipulation and Order re: evidentiary hearing continuation*                                0

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| | ROBERT D. WILKINSON |
| Dated: October 21, 2010 | OFFICE OF THE FEDERAL DEFENDER<br>Eric V. Kersten<br>Jeremy S. Kroger<br>Attorneys for Sergio Soria-Torres |
| | /s/ Jeremy S. Kroger<br>By JEREMY S. KROGER |
| Dated: October 21, 2010 | /s/ Patience Milrod<br>PATIENCE MILROD<br>Attorney for defendant<br>JORGE LUÍS LAURIANO-RIOS<br>(aka ADRIÁN CRUZ-RIOS) |

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the evidentiary hearing in this matter now set for Friday, October 22, 2010, at 1:30 p.m. is vacated, and the hearing is continued to Thursday, November 4, 2010, at 1:30 p.m., in the courtroom of the Hon. Oliver W. Wanger.

IT IS SO ORDERED.

Dated: October 21, 2010          /s/ OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

*Stipulation and Order re: evidentiary hearing continuation upon stipulation*          1

PDF created with pdfFactory trial version www.pdffactory.com