BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cr-00265 OWW |
| Plaintiff, | ORDER ON STIPULATION TO CONTINUE MOTIONS HEARING |
| v. | (DOCUMENT #42) |
| SERGIO RIGOBERTO SORIA-TORRES, et. al., | Date: December 3, 2010 |
| Defendants. | Judge: Hon. Oliver W. Wanger |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendants, by and through their attorneys of record, having stipulated and agreed to continue the hearing on the defendant's motions, previously scheduled for evidentiary hearing on November 4, 2010 at 1:30 p.m., to **December 3, 2010, at 9:30 a.m.**, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED.

IT IS FURTHER ORDERED, that time be excluded to and through the date of the court's decision on the motions due to the pendency of the defendants' motions. See 18 U.S.C. § 3161(h).

**IT IS SO ORDERED.**

**Dated:   November 3, 2010**                                    /s/ Oliver W. Wanger
                                                                 **UNITED STATES DISTRICT JUDGE**

1