1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SERGIO RIGOBERTO SORIA-TORRES

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:10-cr-00265 OWW
                                     )
12          Plaintiff,                )  STIPULATION TO CONTINUE STATUS
                                     )  CONFERENCE HEARING;
13      v.                            )  ORDER THEREON
                                     )
14  SERGIO RIGOBERTO SORIA-TORRES,   )  Date:  March 7, 2011
                                     )  Time:  1:30 p.m.
15          Defendant.                )  Dept : Hon. Oliver W. Wanger
    _____    )

16

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18  attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

19  for February 14, 2011, **may be continued to March 7, 2011, at 1:30 p.m.**

20      This continuance is requested by counsel for the defendant who is preparing for a jury trial on

21  February 23, 2011.  Due to the trial, counsel has not had an opportunity to meet with defendant and will

22  need additional time for further case preparation and negotiations.   The requested continuance will

23  conserve time and resources for both counsel and the Court and also allow for continuity of counsel in

24  these proceedings

25  ///

26  ///

27  ///

28  ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: February 9, 2011                 /s/ Kathleen Anne Servatius
                                        KATHLEEN ANNE SERVATIUS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: February 9, 2011                 /s/ Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Sergio Rigoberto Soria-Torres


## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   February 9, 2011**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE