1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5  Attorney for Defendant
6  SERGIO RIGOBERTO SORIA-TORRES

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          )   Case No. 1:10-cr-00265 OWW
                                      )
12            Plaintiff,               )   STIPULATION TO ADVANCE SENTENCING
                                      )   HEARING; ORDER
13     v.                              )
                                      )   Date:  June 20, 2011
14 SERGIO RIGOBERTO SORIA-TORRES,     )   Time:  9:00 a.m.
                                      )   Judge: Hon. Oliver W. Wanger
15            Defendant.               )
   _____)

17     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the sentencing hearing in the above-captioned matter now set for July 5, 2011, **may be**

19 **advanced to June 20, 2011, at 9:00 a.m.**

20     The parties request this change of date to expedite proceedings because the parties agree that there

21 are no contested sentencing issues.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

|    |                            |                                                       |
|----|----------------------------|-------------------------------------------------------|
| 1  |                            | McGREGOR W. SCOTT                                     |
| 2  |                            | United States Attorney                                |
| 3  | DATED: June 16, 2011       | /s/ Kathleen A. Servatius                             |
| 4  |                            | KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| 5  |                            | Attorney for Plaintiff                                |

 

DANIEL J. BRODERICK
Federal Defender

DATED: June 16, 2011    /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Sergio Rigoberto Soria-Torres

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 16, 2011**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE